UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
ROBERT SCHARF,

                              Plaintiff,

-against-

SHEET METAL WORKERS' NATIONAL PENSION
FUND, SHEET METAL WORKERS' NATIONAL
PENSION FUND PLAN, and SHEET METAL
WORKERS' INTERNATIONAL ASSOCIATION,

                              Defendants.
----------------------------------------------------------------X

CIVIL ACTION FILE
NO. 05 CV 1192

(Block, J.)
(Azrack, M. J.)

STIPULATION OF
DISCONTINUANCE WITH
PREJUDICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 19 2005 ★
BROOKLYN OFFICE

     **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the plaintiff and the defendants in the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. The stipulation may be filed without further notice with the Clerk or the Court.

Dated: N. Massapequa, NY
       May 5, 2005

_____
**STEPHEN M. ROSENBLATT, ESQ.**
Deputy General Counsel for Defts.
SHEET METAL WORKERS' NATIONAL
PENSION FUND; SHEET METAL
WORKERS' NATIONAL PENSION
FUND PLAN
601 North Fairfax Street, Suite 500
Alexandria, VA 22314
(703) 739-7000

_____
**RICHARD H. COLEMAN, ESQ.**
**SHAPIRO & COLEMAN, P.C.**
Attorneys for Plaintiff
ROBERT SCHARF
727 N. Broadway
N. Massapequa, NY 11758
(516) 798-7800

Sheet Metal Workers' National Pension Fund
Sheet Metal Workers' National Pension Fund Plan
601 North Fairfax Street, Suite 500
Alexandria, VA 22314

Robert Scharf
15 Wilson Lane
Bethpage, NY 11714

SO ORDERED:

_____
FREDERICK BLOCK  5/18/05
United States District Court Judge